# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# CLEVELAND DIVISION

| | | |
|---|---|---|
| JOSEPH M. KING, | : | Case No. 1:18-cv-00488-DCN |
| | : | |
| Plaintiff, | : | Judge Donald C. Nugent |
| | : | |
| v. | : | **DEFENDANTS' MOTION TO ADMIT** |
| | : | **KELLY EISENLOHR-MOUL *PRO HAC*** |
| G4S SECURE SOLUTIONS (USA) INC., | : | ***VICE*** |
| et al., | : | |
| | : | |
| Defendants. | : | |

Defendants respectfully request that Kelly Eisenlohr-Moul, Esq. be admitted in this matter to practice before the United States District Court for the Northern District of Ohio *pro hac vice*. As set forth in the accompanying Memorandum in Support and Affidavit of Kelly Eisenlohr-Moul filed contemporaneously herein, Ms. Eisenlohr-Moul is admitted to practice in the State of Georgia, the United States District Court for the Southern, Middle and Northern Districts of Georgia and the Southern and Middle Districts of Florida.

## MEMORANDUM IN SUPPORT

Defendants respectfully request that Kelly Eisenlohr-Moul, Esq. (**Dinsmore & Shohl LLP, 1100 Peachtree Street NE, Suite 950, Atlanta, Georgia 3039, T: (470) 300-5337, E: Kelly.eisenlohr-moul@dinsmore.com**) be admitted *pro hac vice* to practice before the United States District Court for the Northern District of Ohio in this case.

Attorney Eisenlohr-Moul is licensed to practice law in the State of Georgia and has been a member in good standing since she was admitted to practice in 2007. Additionally, Ms. Eisenlohr-Moul has been a member in good standing with the United States District Court for the Northern, Southern and Middle Districts of Georgia and Northern, Southern and Middle Districts of Florida. (See Affidavit of Kelly Eisenlohr-Moul, ¶ 1 and ¶ 2).

Finally, as stated in Ms. Eisenlohr-Moul's Affidavit, Ms. Eisenlohr-Moul has never been disbarred or suspended from practice before any court, department bureau or commission of any State or the United States, and has not been reprimanded from any such court, department, bureau or commission pertaining to her conduct or fitness as a member of such bars. (*See* Eisenlohr-Moul Affidavit at ¶3).

Accordingly, Defendant respectfully requests that this Court grant its Motion to Admit Kelly Eisenlohr-Moul, Esq. *pro hac vice* in this matter.  A proposed Entry granting this Motion is submitted contemporaneously herein.

Respectfully submitted,

/s/ Charles M. Roesch
Charles M. Roesch, Esq. (OH 0012707)
Dinsmore & Shohl LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH  45202
Phone: (513) 977-8200
Fax:  (513) 977-8141
Email:  chuck.roesch@dinsmore.com

Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the all CM/ECF participants.

/s/ Charles M. Roesch

12448317v1