UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | | |
|---|---|---|
| JOSEPH M. KING, | | Case No. 1:18-cv-00488-DCN |
| Plaintiff, | : | |
| | : | |
| v. | : | **MOTION FOR ADMISSION** |
| | : | ***PRO HAC VICE* OF** |
| G4S SECURE SOLUTIONS (USA) INC., et al., | | **J. TRAVIS MIHELICK** |
| Defendants. | | |

Pursuant to Rule 83.5(h) of the Local Rules for the United States District Court, Northern District of Ohio, Defendants G4S Secure Solutions (USA), Inc. ("G4S"), Chuck Brock, Don Drent, and Kevin Baker, by and through their counsel, hereby moves this Court to admit J. Travis Mihelick of the law firm Dinsmore & Shohl LLP *pro hac vice* in this matter.

As demonstrated by the Affidavit (attached as Exhibit 1) and Certificate of Good Standing (attached as Exhibit 2), Mr. Mihelick is a member in good standing of the Bar of the State of Michigan; he has never been disbarred, suspended from practice, or subject to other disciplinary action by any court, state, territory, or the District of Columbia; he consents to be subject to the jurisdiction and rules of the Ohio Supreme Court governing professional conduct; and he has completed online training in the Eastern District of Michigan with regard to use of the Court's electronic filing system. The registration fee in the sum of $120.00 is being submitted along with this motion on behalf of Mr. Mihelick. The granting of this motion will not require any modification of any scheduling order in this action and counsel for Plaintiff has indicated there is no objection to either this motion or the admission of Mr. Mihelick *pro hac vice*.

1

WHEREFORE, G4S respectfully requests that this Court grant its Motion for *Pro Hac Vice* Admission of J. Travis Mihelick in the above-captioned matter.

Dated:  March 25, 2019            Respectfully submitted,

*/s/ Kelly E. Eisenlohr-Moul*
Kelly Eisenlohr-Moul (*pro hac vice*)
**DINSMORE & SHOHL LLP**
1100 Peachtree Street NE, Suite 950
Atlanta, GA 30309
Telephone: (470) 300-5337
Email: kelly.eisenlohr-moul@dinsmore.com

Charles M. Roesch
Dinsmore & Shohl, LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH  45202
Telephone:  513-977-8178
Email:  chuck.roesch@dinsmore.com

Michael Mattingly
Dinsmore & Shohl LLP
255 East Fifth Street
Suite 1900
Cincinnati, OH 45202
Telephone:  (513) 977-8397
Email:  michael.mattingly@dinsmore.com

**CERTIFICATE OF SERVICE**

I certify that on the 25th day of March 2019, a true and exact copy of this **Motion for Admission *Pro Hac Vice* of J. Travis Mihelick** was electronically filed with the Clerk of the District Court using the CM/ECF system, which will send a notice of electronic filing to the following:

>Amy A. Wuliger, Esq.
>Wuliger & Wuliger
>2003 St. Clair Avenue
>Cleveland, Ohio 44114
>Awuliger@wuligerlaw.com

>*/s/ Kelly E. Eisenlohr-Moul*
>Kelly Eisenlohr-Moul (*pro hac vice*)
>**DINSMORE & SHOHL LLP**
>1100 Peachtree Street NE, Suite 950
>Atlanta, GA 30309
>Telephone: (470) 300-5337
>Email: kelly.eisenlohr-moul@dinsmore.com