UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH M. KING, *et. al.* | : | Case No. 1:18-cv-00488-DCN |
| Plaintiff, | : | Judge Donald C. Nugent |
| v. | : | |
| G4S SECURE SOLUTIONS (USA) INC., *et al.*, | : | |
| Defendants. | : | |

## **FINAL APPROVAL ORDER**

WHEREAS, the Parties have agreed on a Settlement Agreement which, together with the Exhibits attached thereto, sets forth the terms and conditions for a proposed settlement and dismissal of the Action with prejudice as to Defendants upon the terms and conditions contained therein (the "Settlement Agreement");

WHEREAS, this Court, having read and considered the Settlement Agreement and Exhibits attached thereto and found the same to be fair, reasonable and adequate and to have been entered into in good faith after serious, informed, and extensive arm's length negotiations between the Representative Plaintiffs and Defendants, issued a Preliminary Approval Order on April 9, 2020 (Doc. No. 87), in which it provisionally certified, for settlement purposes, the Class defined as follows:

> All G4S employees separated from their employment due to expiration of the General Motors Contract on January 31, 2018 who were eligible for paid time off benefits and whose employment-related claims are not otherwise subject to a collective bargaining, settlement and/or release agreement.

WHEREAS, Notice to the Class Members has been provided in accordance with the Court's Preliminary Approval Order, and the substance and dissemination of the Notice, which included direct U.S. mail notice and the creation and maintenance of a settlement website, fully complied with the requirements of Federal Rule of Civil Procedure 23 and Due Process, constituted the best notice practicable under the circumstances, and provided due and sufficient notice to all persons entitled to notice of the Settlement of this Action;

WHEREAS, the Claims Submission Period has since expired, resulting in 110 Participating Class Members, 116 non-participating Eligible Class Members, and 1 individual who opted out of the Class.

WHEREAS, no objections to the Settlement Agreement were filed; and

WHEREAS, the Court held a Fairness Hearing on July 23, 2020, and no individuals appeared and objected.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT**:

1. The Court's provisional certification of the Class as defined in the Preliminary Approval Order is hereby final;

2. The Settlement Agreement is finally approved as fair, reasonable, adequate, and in the best interests of the Class. The Parties are directed to consummate the Settlement Agreement in accordance with its terms.

3. This Order incorporates by reference the definitions in the Settlement Agreement, and all terms defined herein shall have the same meaning as set forth in the Settlement Agreement.

4. Any Class Members who have not timely excluded themselves from the Class are bound by the terms and conditions of the Settlement Agreement.

5. The Action is hereby dismissed with prejudice, each party to bear their own costs.

6. The Claims Administrator is hereby directed to disburse the Settlement Funds to the Participating Class Members pursuant to the terms of the Settlement Agreement. Unclaimed funds totaling $4,247.02 shall revert to Defendants.

7. Upon the Effective Date:

    a. Plaintiffs shall be deemed to have, and by operation of the Judgment shall have, fully, finally, and forever released, relinquished and discharged the Released Parties from any and all Settled Claims and Plaintiffs' Settled Claims;

    b. All non-participating Eligible Class Members shall be deemed to have, and by operation of the Judgment shall have, fully, finally, and forever released, relinquished and discharged the Released Parties from any and all State Claims; and

    c. All Participating Class Members shall be deemed to have, and by operation of the Judgment shall have, fully, finally, and forever released, relinquished and discharged the Released Parties from any and all Federal and State Claims.

8. The Court shall retain jurisdiction with respect to implementation and enforcement of the terms of the Settlement Agreement.

**IT IS SO ORDERED,** this \_\_\_28th\_\_\_ day of July, 2020.

_____
Donald C. Nugent, United States District Judge